UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD PAUL SHOVER, II, :
: CIVIL ACTION NO. 3:11-CV-2248
    Plaintiff :
: (Judge Nealon)
v. : (Magistrate Judge Blewitt)
:
YORK COUNTY PRISON, et al., :
    Defendants :

### ORDER

**NOW**, THIS 1st DAY OF MARCH, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 17) is **ADOPTED**;

2. Plaintiff's objections (Doc. 18) to the R&R are **OVERRULED**;

3. Plaintiff's Complaint (Doc. 1) and Supplemental Complaint (Doc. 6) are **DISMISSED** without prejudice, except as otherwise stated, to Plaintiff's right to file a new action after exhaustion of administrative remedies;

4. Plaintiff's motions for leave to proceed in forma pauperis (Docs. 2, 11) are **GRANTED** for the sole purpose of filing this action;

5. Plaintiff's motions for appointment of counsel (Docs. 3, 10) are **DENIED**;

6. The Clerk of Courts is directed to **CLOSE** this case; and

7. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

                                                                               /s/ William J. Nealon
                                                                      **United States District Judge**