## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD PAUL SHOVER, II,          :
                                   :          CIVIL ACTION NO. 3:11-CV-2248
          Plaintiff               :
                                   :          (Judge Nealon)
     v.                            :          (Magistrate Judge Blewitt)
                                   :
YORK COUNTY PRISON, et al.,        :
          Defendants              :

FILED
SCRANTON

MAR 01 2012

Per_____
          DEPUTY CLERK

### ORDER

NOW, THIS 1st DAY OF MARCH, 2012, for the reasons set forth in the Memorandum

issued this date, **IT IS HEREBY ORDERED THAT:**

1.   The Report and Recommendation (Doc. 17) is **ADOPTED**;

2.   Plaintiff's objections (Doc. 18) to the R&R are **OVERRULED**;

3.   Plaintiff's Complaint (Doc. 1) and Supplemental Complaint (Doc. 6) are **DISMISSED** without prejudice, except as otherwise stated, to Plaintiff's right to file a new action after exhaustion of administrative remedies;

4.   Plaintiff's motions for leave to proceed in forma pauperis (Docs. 2, 11) are **GRANTED** for the sole purpose of filing this action;

5.   Plaintiff's motions for appointment of counsel (Docs. 3, 10) are **DENIED**;

6.   The Clerk of Courts is directed to **CLOSE** this case; and

7.   Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
**United States District Judge**